IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| TREVOR DORSETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 309-098 |
| | ) |
| WALT WELLS, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed (doc. no. 36). Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's complaint is **DISMISSED** for failure to state a claim upon which relief can be granted, and this case is **CLOSED**.

SO ORDERED this 13th day of August, 2010, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE